IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEANNE HARRISON,

    Plaintiff,

vs.                                                                       Civ. No. 94-691 JP/WWD

EDDY POTASH, INC., et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

      This matter comes before the Court as the result of a telephone status conference held between counsel and the Court on Wednesday, December 2, 1998. Defendants may find it necessary to file an amended answer in order to state more fully their affirmative defenses based on the affirmative defense described by the United States Supreme Court in *Faragher v. City of Boca Raton*, 118 S.Ct. 2275 (1998). If such an amended answer is necessary, it should be filed on or before December 21, 1998. Each of the parties presently anticipate filing motions for summary judgment. These motions should be served on the opposing party on or before January 22, 1999. Responses to the respective motions should be served on opposing counsel on or before February 5, 1999. Replies to any responses should be served on opposing counsel on or before February 19, 1999.

      Certain limited discovery consisting of a small number of depositions as well as the propounding of a limited number of interrogatories or a limited request for production may be

pursued by counsel; however, all discovery in connection with any issues which need further development shall be completed on or before February 26, 1999.

This cause shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE